1  **JAMES LOUIS KOHL, ESQ**.
   Attorney of Law - (SBN: 120808)
2  1571 Alvarado Avenue, No.4
   Walnut Creek, California 94597
3  Telephone: (925) 602 -2727 Ext.312
   Facsimile: (925) 676 - 9999
4  Attorney for Plaintiff**:**
   **ANDREA ANDERSON**

5

6

7

8        IN AND FOR THE UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

10

11 **ANDREA ANDERSON**,                        Case Number: C 10 - 00833 EDL
                                                AMENDED
12         **Plaintiff,**                       ORDER REGARDING THE
                                                PLAINTIFF'S REQUEST TO
13                                              CONTINUE CASE MANAGEMENT
   v.                                           CONFERENCE
14

15 **Hoffman - La Roche, agent for Roche
   Diagnostics GmbH, aka Roche Therapeutics,**
16 **aka Roche Group, a New Jersey corporation
   Genetechs U.S.A., Inc., a California corpora -**
17 **tion; Glaxo - Smith Kline, a North Carolina
   corporation; and, Does 1 to 200, inclusive,**
18
              **Defendants.**                /
19

20 **TO ALL PARTIES AND THEIR ATTORNEYS - OF RECORD:**

21         The Plaintiff's Request to Continue Case Management Conference having been duly filed

22 with the above - referenced court, and all matters therein having been given Due Consideration,

23 and Good Cause having been found:

24         **IT IS SO ORDERED:**

25         The Initial Case management Conference in the above - referenced action is hereby

26 re - scheduled from June 8, 2010 at 10:00 A.M. in Department "E." to ~~July 17~~ **July 27**, 2010 at

27 __10__ A.M. in Department "E.". Case Management Conference Statements shall be filed by all

28 Parties no later than ____July 20____, 2010.

                                                                              Page 1
Order regarding Plaintiff's Request for Continuance     Anderson, A. v. Hoffman-La Roche ; et al.

| | |
|---|---|
| 1 | The above-referenced Order shall be the Order of the court and be duly noted and |
| 2 | recorded by the above - referenced court. |
| 3 | |
| 4 | **Dated: June  7 , 2010**          By: *Elizabeth D. Laporte* |
| 5 |                                   The Honorable Elizabeth D, Laporte, United States Magistrate Judge |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28