IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREA ANDERSON,

    Plaintiff,

v.

HOFFMAN-LA ROCHE,

    Defendant.
_____/

No. C 10-00833 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on August 13, 2010 on Defendant Hoffman-La Roche's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 22, 2010 and a reply brief shall be filed by no later than July 29, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 8, 2010

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE