**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ANDERSON, | |
| Plaintiff, | No. C 10-00833 JSW |
| v. | |
| HOFFMAN-LA ROCHE LABORATORIES, INC. and GLAXOSMITHKLINE LLC, | **ORDER TO SHOW CAUSE RE DISMISSAL** |
| Defendants. | |

Having received Plaintiff's motion to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2) and the representations made in it, the Court ORDERS Plaintiff to respond in writing by no later than June 10, 2011 why this Court should not dismiss this matter with prejudice. Failure timely to respond to this Order shall result in dismissal with prejudice.

The hearing on the motion to dismiss and set for June 10, 2011 and the hearing on the motion for summary judgment set for June 17, 2011 are HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: June 3, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE