**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA ANDERSON, | |
| Plaintiff, | No. C 10-00833 JSW |
| v. | |
| HOFFMAN-LA ROCHE LABORATORIES, INC. and GLAXOSMITHKLINE LLC, | **ORDER OF DISMISSAL** |
| Defendants. | |

On June 3, 2011, the Court issued an order to show cause why this matter should not be dismissed with prejudice and indicated that failure timely to respond to the order would result in dismissal with prejudice.

Having failed to respond to the order to show cause and for the representations made by Plaintiff in her motion to voluntarily dismiss this action, the Court HEREBY GRANTS dismissal of this action with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 27, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE